# United States District Court
# District of Minnesota

Electrical Workers Health and Welfare Fund,
Electrical Workers Pension Fund, National
Electrical Benefit Fund, Electrical Workers Vacation Fund,
Twin Ports-Arrowhead Electrical Apprenticeship and
Training Fund, National Electrical Industry Fund,
NECA-IBEW National Labor-Management Cooperation
Fund, Workers Local 294

Plaintiff(s),

**JUDGMENT BY DEFAULT**

Civil No. 01-683RHK/RLE

-vs-

J.R. Electric

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiffs do have and recover of and from said defendant the sum of $5,332.02.

FRANCIS E. DOSAL, CLERK

DATED: June 15, 2001

By Denise LaFond
Denise LaFond, Deputy Clerk

| | |
|---|---|
| Delinquent Contributions | $ 2,867.52 |
| Liquidated Damages | $ 573.04 |
| Interest | $ 322.60 |
| Fees/Other | $ 226.86 |
| Legal Fees | $ 1,342.00 |
| **TOTAL JUDGMENT** | $ 5,332.02 |

9