# United States District Court
# District of Minnesota

International Brotherhood of Electrical Workers Local 294

Plaintiff(s), **JUDGMENT BY DEFAULT**

-vs- Civil No. 01-683RHK/RLE

J.R. Electric, Inc.

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of $5,233.24.

RICHARD D. SLETTEN, CLERK

DATED: July 27, 2001 By Denise LaFond

Denise LaFond, Deputy Clerk